*JH*



**FILED**
5/27/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

*Dewayne Cook*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Thomas Dart,*

*Superintendent John Doe*

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

# RECEIVED

4-4-16
APR 04 2016 *EAG*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-4041
Judge Virginia M. Kendall
Magistrate Judge Sidney I. Schenkier
PC 5

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

    A.    Name: _Dewayne Cook_____

    B.    List all aliases: _____

    C.    Prisoner identification number: _M55593_____

    D.    Place of present confinement: _Vandalia Correctional Center_
                                 _PO BOX 500 Vandalia ILL_

    E.    Address: _62471_____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _____

          Title: _____

          Place of Employment: _____

    B.    Defendant: _____

          Title: _____

          Place of Employment: _____

    C.    Defendant: _____

          Title: _____

          Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ *N A* _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D. List all defendants: _____
_____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
_____

G. Basic claim made: _____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On the date I was At the Cook County Jail on around or about May 23, 2015 until December 3, 2015 I was force I live under unconstitutional condition such as Rats Running around All in my cell eating up my commissary I had to take my commissary and put it in the bed with me in order to stop the Rats from eating it. Roaches crawling all over me while I am sleeping mold in the shower water cold Strong oder in the bath room cell flooded because the toilet bagged up human feces coming out the toilet mice feces All in my cell in day room. You tell the offier about it they look at u like u crazy Rust colored water you was force to drink they move you to one deck another and the one they move you to is worst then the deck you just left food cold because they leave the food cart in the halway for hours. You literally can't clean up your cell because they don't want to give you nothing

4                                                     Revised 9/2007

Nets flying Around dropping in the Lil food they
give you. the Sewer system Ridiculous. the pipes
is messes up. when you call yourself trying to
keep the mices out your cell by putting Something
under the door they come in Around the ~~back~~
~~of the~~ ~~of~~ back of the toilet because holes All in
the bottom of the toilet wall. vents blowing
cold Air you had to put Something over
the vent to try and Stop the Air from
blowing so hard. Now you got to Ask the
nurse for cold pills because you caught A
cold.

Revised 9/2007

**V.  Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Compensatory damages in the amount of $20,000.00 against each defendant, jointly and severally.
Punitive damages in the amount of $20,000.00 against each defendant.  Plaintiff's costs in this suit and any additional relief this Court deems just.

**VI.**  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _31_ day of _march_, 20 _16_

_Dewayne Cook_
(Signature of plaintiff or plaintiffs)

_Dewayne Cook_
(Print name)

_M55593_
(I.D. Number)

_P.O. Box 500_
_Vandalia, IL 62471_
(Address)

Sworn to and subscribed before me this
3rd day of _March_, 2016
Witness my hand and official seal.
Notary Public _Heather M. Cloe_

OFFICIAL SEAL
HEATHER M. CLOE
Notary Public - State of Illinois
My Commission Expires  4/08/2019

6

Revised 9/2007



U.S. POSTAGE PITNEY BOWES

ZIP 62471 $ 001.64⁰
02 4M
0000333268 APR 01 2016

THIS CORRESPONDENCE IS
FROM AN INMATE OF THE
ILLINOIS DEPARTMENT
OF CORRECTIONS

DeWayne Cook
#M55593
Vandalia Correctional Center
P.o. Box 500
Vandalia, IL 62471

16-cv-4041
Judge Virginia M. Kendall
Magistrate Judge Sidney I. Schenkier
PC 5

Clerk of the US District Court
219 S. Dearborn
Chicago, IL 60604

2016 APR -4 PM 2:34

4-4-16

LEGAL MAIL

LEGAL - MAIL